**Lisa C. Thompson**
**Arizona Bar no. 016794**
**THOMPSON LAW GROUP, P.C.**
**2321 E. Speedway Blvd.**
**Tucson, AZ 85719**
**(520) 882-5633 Phone**
**(520) 745-0616 Fax**
**Attorney for Debtor(s)**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>Ronald Bell Lopez,<br><br>Debtor. | Case No.: 4:11-bk-02083-EWH<br><br>Chapter 7<br><br>**NOTICE OF SUBSTITUTION COUNSEL FOR PURPOSES OF APPEARING AT THE 341 MEETING OF THE CREDITORS** |

  Lisa C. Thompson, counsel for the Debtor, files a Notice of Limited Appearance for Kathryn Johnson for the sole purpose of covering the debtor's §341(a) hearing set for March 17, 2011 at 9:30 a.m. Ms. Johnson is <u>not</u> counsel of record and should not be added to the mailing matrix. Ms. Johnson has <u>not</u> been paid a fee for coverage of this hearing.

  Lisa C. Thompson requests that Ms. Johnson be allowed to cover this hearing as she is scheduled to teach the Arizona State Bar's Professionalism course at the same time. Debtor's counsel has advised Ms. Johnson of the status of the case and Ms. Johnson is prepared to handle the Meeting of the Creditors and the Debtor has been advised that she will do so.

  DATED this 2nd day of March 2011.

| | |
|---|---|
| /s/ Kathryn Johnson | /s/ Lisa C. Thompson |
| Kathryn Johnson | Lisa C. Thompson |
| Attorney for §341(a) hearing | Attorney of Record for Debtor(s) |

A copy of the foregoing was
delivered/faxed/or sent via mail
this 2nd day of March 2011 to:

1

Beth Lang
1955 W Grant Road Ste 125
Tucson, AZ 85745
Chapter 7 Trustee

Clerk of the Court
U.S. Bankruptcy Court
38 S. Scott Avenue
Tucson, Arizona 85701